IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES FISHER,<br>    *Plaintiff,* | :<br>:<br>: |
| v. | : CIVIL NO. 23-3411<br>: |
| COMMISSIONER OF SOCIAL<br>SECURITY and POLICE,<br>    *Defendants.* | :<br>:<br>:<br>: |

## ORDER

AND NOW, this **25th** day of **June 2024**, upon consideration of the parties' submissions, it is **hereby ORDERED** that for the reasons stated in the accompanying Memorandum:

1. Defendant's Motion to Dismiss the Complaint (ECF No. 31) is **GRANTED**;

2. Plaintiff's Complaint against the Commissioner of Social Security (ECF No. 1) is **DISMISSED** without prejudice to re-file after Plaintiff has exhausted his administrative remedies;

3. Defendant the "Police" is dismissed from this action without prejudice; and

4. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

_____
HON. KAI N. SCOTT
**United States District Court Judge**